[No. 11466-2-I. Division One. June 20, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. LARRY
FOX, *Appellant.*

Appeal from a judgment of the Superior Court for Skagit
County, No. 82-1-00016-6, Walter J. Deierlein, Jr., J.,
entered February 26, 1982. *Affirmed* by unpublished opin-

ion per Callow, J., concurred in by Swanson and Ringold, JJ.